# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **YONAS SEYOUM,** | : | |
| **Plaintiff** | : | **No. 1:18-cv-00854** |
| | : | |
| v. | : | **(Judge Kane)** |
| | : | |
| **HM HEALTH SOLUTIONS, INC.,** | : | |
| **Defendant** | : | |
| | : | |

## ORDER

**AND NOW**, on this 30th day of November 2020, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 35), and Plaintiff's response thereto, and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendant's Motion for Summary Judgment (Doc. No. 35) is **GRANTED**; and

2. The Clerk of Court shall enter judgment in favor of Defendant and against Plaintiff and **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
